IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Houston, Donna P | Case Number:   07 B 18931 |
| | Judge:   Wedoff, Eugene R |
| Printed:   9/16/08 | Filed:   10/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 617.30 | |
| Secured: | | 20.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 563.58 |
| Trustee Fee: | | 33.72 |
| Other Funds: | | 0.00 |
| Totals: | 617.30 | 617.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 563.58 |
| 2. | New Age Chicago Furniture Co | Secured | 500.00 | 20.00 |
| 3. | Sage Telecon | Unsecured | 11.72 | 0.00 |
| 4. | Consumer Portfolio Services | Unsecured | 936.79 | 0.00 |
| 5. | New Age Chicago Furniture Co | Unsecured | 43.40 | 0.00 |
| 6. | Credit Protection Association | Unsecured | | No Claim Filed |
| 7. | First Cash Advance | Unsecured | | No Claim Filed |
| 8. | Medical Collections | Unsecured | | No Claim Filed |
| 9. | First Premier | Unsecured | | No Claim Filed |
| 10. | Medical Collections | Unsecured | | No Claim Filed |
| 11. | MRSI | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | National Quick Cash | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Payday Loan | Unsecured | | No Claim Filed |
| 18. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 19. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 20. | Bank Of America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,955.91 | $ 583.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 31.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Houston, Donna P

Printed: 9/16/08

Case Number: 07 B 18931
Judge: Wedoff, Eugene R
Filed: 10/13/07

                                                        6.5%                            2.31
                                                                            _____
                                                                            $ 33.72

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

